Form B1 (Official Form 1) – (Rev. 04/10)      2010 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Superior Property of 10621 Sepulveda,LLC | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 20-2047887 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| 10621 Sepulveda Blvd.<br>Mission Hills, California<br><br>ZIP CODE 91345 | ZIP CODE |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Los Angeles | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP CODE | ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|
| ZIP CODE |

**Type of Debtor** (Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

_____

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [X] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check one box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300. *(amount subject to adjustment on 04/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

CCD-B1

Form B1 (Official Form 1) (Rev. 04/10) | | 2010 USBC, Central District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Superior Property of<br>10621 Sepulveda,LLC | FORM B1, Page 2 |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
| --- | --- | --- |
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: Crown Real Estate Services, | Case Number: filed concurrent | Date Filed: |
| --- | --- | --- |
| District: Central – California | Relationship: affliate | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 3 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date<br><br>Michael S. Kogan |
| --- | --- |

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No | **Exhibit D**<br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition. |
| --- | --- |

### Information Regarding the Debtor - Venue
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

Form B1 (Official Form 1) (Rev. 1/08)                                              2008 USBC, Central District of California

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): Superior Property of 10621 Sepulveda, LLC | FORM B1, Page 3 |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor
Superior Property of 10621 Sep

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X /s/Michael S. Kogan
Signature of Attorney for Debtor(s)

Michael S. Kogan
Printed Name of Attorney for Debtor(s)

Ervin Cohen & Jessup LLP
Firm Name

9401 Wilshire Blvd., 9th Floor
Address

Beverly Hills, California 9021
310.273.6333
Telephone Number

128500
Date                Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
                                  Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/Michael A. Kahn
Signature of Authorized Individual

Michael A. Kahn
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

8/29/11
Date

*Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number*

Michael S. Kogan, Esq. (mkogan@ecjlaw.com)
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212
(310) 273-6333 FAX: (310) 887-6815
(SBN 128500)
☒ *Attorney for:* Debtor

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: SUPERIOR PROPERTY OF 10621 SEPULVEDA, LLC., Debtor(s). | CASE NO. CHAPTER: 11 |
| --- | --- |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists
☒  Amendments to the petition, statement of affairs, schedules or lists
☒  Other: Declarations in Support of Motions

Date Filed:   8/29/11
Dated Filed:   _____
Date Filed:   Various

## PART 1 — DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (I) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making o f such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____
Signature of Authorized Signatory of Filing Party

August 29, 2011
Date

Michael A. Kahn
_____
Printed Name of Authorized Signatory of Filing Party

CEO
_____
Title of Authorized Signatory of Filing Party

## PART II — DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (I) the 'Id," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "V," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, *the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/Michael S. Kogan
_____
Signature of Attorney for Filing Party

August 29, 2011
Date

Michael S. Kogan (mkogan@ecjlaw.com)
_____
Printed Name of Attorney for Filing Party

14021.1:1262638.1

## CORPORATE RESOLUTION

In accordance with the authority vested in the Board of Directors, the Directors have approved, and do hereby approve, the following resolutions:

RESOLVED, that Superior Property of 10621 Sepulveda, LLC (the "Corporation") file a Petition for a reorganization pursuant to Chapter 11 of the Bankruptcy Code, and it is further

RESOLVED, that any officer of the Corporation including but not limited to Michael A. Kahn, CEO, are authorized by their sole signature to sign all documents necessary and requisite in connection with the said Petition pursuant to Chapter 11 of the Bankruptcy Code, and is directed to perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such Chapter 11 case, and it is further

RESOLVED, that this Corporation retain Ervin, Cohen & Jessup LLP as counsel to represent the Corporation in connection with the proceedings, and to pay its retainer.

DATED:  August 29, 2011

SUPERIOR PROPERTY OF 10621 SEPULVEDA, LLC

By: _____
Michael A. Kahn

14021.1:1264058.1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, California 90212<br><br>310.273.6333<br>310.859.2325<br>128500<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: SUPERIOR PROPERTY OF 10621 SEPULVEDA, LLC<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Michael A. Kahn_____, the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☒ I am the president or other officer or an authorized agent of the debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the debtor corporation

2. a.  ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*
        Titan Development Company, LLC

   b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/Michael A. Kahn               8/29/11
_____      _____
Signature of Attorney or Declarant      Date

Michael A. Kahn
_____
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                       **F 1007-4**
                                              F10074

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>SUPERIOR PROPERTY OF 10621 SEPULVEDA,<br>LLC.,<br><br>                       Debtor. | (Chapter 11)<br><br>Case No. __-_____ |

## LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

### In re SUPERIOR PROPERTY OF 10621 SEPULVEDA, LLC

Following is a list of the Debtors' creditors holding the 20 largest unsecured claims. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101, (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| # | Name of<br>Creditor and Address | Contact<br>and<br>Telephone Number | Nature<br>Of Claim | Contingent<br>Unliquidated,<br>disputed or<br>subject to set-off | Appropriate<br>Amount of<br>Claim |
|---|---|---|---|---|---|
| 1. | Allnet Security<br>9836 White Oak Avenue 209<br>Northridge, California 91325 | | Trade | | $11,686 |
| 2. | American Hotel Register<br>16458 Collections Center<br>Chicago IL 60693 | | Trade | | $941.00 |
| 3. | Catalyst Communications | | Trade | | $5,000 |

| # | Name of Creditor and Address | Contact and Telephone Number | Nature Of Claim | Contingent Unliquidated, disputed or subject to set-off | Appropriate Amount of Claim |
|---|---|---|---|---|---|
| 4. | City of Los Angeles Transient Occupancy Tax P.O. Box 53233 Los Angles, California 90053 | | Tax | | $326,749 |
| 5. | KA Service Plus PO BOX 16477 North Hollywood, California 91615 | | Trade | | $600 |
| 6. | HD Supply PO Box 509058   San Diego California 92150 | | Trade | | $8,657 |
| 7. | Hodges and Irvine 1900 Sinclair Street St Clair  Michigan 48079 | | Trade | | $200 |
| 8. | Idearc Media PO Box 619810 DFW Airport Texas  75261 | | Trade | | $14,726 |
| 9. | Los Angeles County Tax 225 North hill Street, Room 122 Los Angeles, California 90012 | | Sales Tax | | $7,198 |
| 10. | Secion 3350 SW 148th #410 Miramar Florida 33027 | | Trade | | $132 |
| 11. | Six Flags California PO Box 5500 Santa Clarita, California 91380 | | Trade | | $957 |
| 12. | Staples PO Box 83689 Chicago Illinois 60696 | | Trade | | $1,619 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, the undersigned named as the Debtor in this case, declare under penalty of perjury that I have reviewed the list of Creditors Holding the 20 Largest Unsecured Claims, consisting of 2 sheets, and that it is true and correct to the best of my knowledge, information and belief.

Dated: August 29, 2011

_____
Michael A. Kahn, Managing Member

(CLERK'S STAMP)

**Name** Michael S. Kogan
Ervin Cohen & Jessup LLP
**Address** 9401 Wilshire Blvd., 9th Floor
Beverly Hills, California 90212

**Telephone** 310.273.6333
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT FOR THE**

_____ CENTRAL _ **DISTRICT OF** CALIFORNIA _____

In re  SUPERIOR PROPERTY OF 10621 SEPULVEDA, LLC

| | |
|---|---|
| **Debtor(s)** | Case No. _____<br>**LIST OF EQUITY SECURITY HOLDERS** |

**(Set forth here all names, including trade names used by debtor(s) within last 6 years.)**
**Social Security No.** _____
**Social Security No.** _____
**Debtor's Employer's Tax Identification No.**  20-2047887 _____

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF<br>SECURITY | NUMBER<br>REGISTERED | KIND OF INTEREST<br>REGISTERED |
|---|---|---|---|
| Titan Development Company, LLC | | | |

Page _____ of _____

BK-1A

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, California 90212<br><br>310.273.6333 | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:  SUPERIOR PROPERTY OF 10621 SEPULVEDA, LLC | CHAPTER 11  11<br><br>CASE NUMBER |
| Debtor. | (No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:  10621 Sepulveda Blvd., Mission Hills, California 91345

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
    10621 Sepulveda Blvd., Mission Hills, California 91345

3.  Disclose the current business address(es) for all corporate officers:
    10621 Sepulveda Blvd., Mission Hills, California 91345

4.  Disclose the current business address(es) where the Debtor's books and records are located:
    10621 Sepulveda Blvd., Mission Hills, California 91345

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)

**VEN-C**

| | |
|---|---|
| In re SUPERIOR PROPERTY OF 10621 SEPULVEDA, LLC | CHAPTER 11  11 |
| Debtor. | CASE NUMBER |

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

      10621 Sepulveda Blvd., Mission Hills, California 91345

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

      10621 Sepulveda Blvd., Mission Hills, California 91345

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: Michael A. Kahn – CEO

8.    Total number of attached pages of supporting documentation: _____

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ____29th___ day of ____August, 2011_____, _____, at ____Mission Hills_____, California.

Michael A. Kahn_____                     /s/ Michael A. Kahn
*Type Name of Officer*                            *Signature of Declarant*

Managing Member_____
*Position or Title of Officer*

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

concurrently filed chapter 11 of Crown Real Estate Service, LLC
_____

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles _____ , California.

Dated _____

/s/Michael A. Kahn
_____
*Debtor*
Superior Property of 10621 Sepulveda,LLC

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**
F101521

B 201 - Notice of Available Chapters (Rev. 12/08)                                  USBC, Central District of California

Name: <u>Michael S. Kogan/Ervin Cohen Jessup LLP</u>

Address: <u>9401 Wilshire Blvd., 9th Floor</u>

<u>Beverly Hills, California 90212</u>

Telephone: <u>310.273.6333</u>          Fax: <u>310.859.2325</u>

[ x ] Attorney for Debtor
[   ] Debtor in Pro Per

<table>
<tr><td colspan="2" align="center"><strong>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</strong></td></tr>
<tr><td>List all names including trade names, used by Debtor(s) within last 8 years:<br>Superior Property 10621 Sepulveda, LLC</td><td>Case No.:</td></tr>
<tr><td></td><td align="center"><strong>NOTICE OF AVAILABLE CHAPTERS</strong><br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)</td></tr>
</table>

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.   <u>**Services Available from Credit Counseling Agencies**</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

CCD-B201

B 201 - Notice of Available Chapters (Rev. 12/08)                                                                              USBC, Central District of California

**2.    The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:    Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. . Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)                                      USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition
preparer is not an individual, state the
Social Security number of the officer, principal,
responsible person, or partner of the bankruptcy
petition preparer.) (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Superior Property of 10621 Sepulveda, LLC
Printed Name(s) of Debtor(s)

/s/Michael A. Kahn        8/29/11
Signature of Debtor        Date

Case No. (if known) _____

X _____
Signature of Joint Debtor (if any)   Date

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re SUPERIOR PROPERTY OF 10621 SEPULVEDA, LLC

Case No.:

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Debtor.

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

    For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____50,000_____

    Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____50,000_____

    Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

2.  The source of the compensation paid to me was:

    [x] Debtor        [ ] Other *(specify)*

3.  The source of compensation to be paid to me is:

    [x] Debtor        [ ] Other *(specify)*

4.  [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed].

CCD-B203

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)          1998 USBC, Central District of California

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 8/29/11 | /s/Michael S. Kogan |
| Date | Signature of Attorney |
| | Michael S. Kogan |
| | |
| | Ervin Cohen & Jessup LLP |
| | Name of Law Firm |

Verification of Creditor Mailing List - (Rev. 10/05)                                                      2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name   Michael S. Kogan
       Ervin Cohen & Jessup LLP

Address   9401 Wilshire Blvd., 9th Floor
          Beverly Hills, California 90212

Telephone   310.273.6333

[x] Attorney for Debtor(s)

[ ] Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| Superior Property of 10,621 Sepulveda, LLC | Chapter:  11 |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  8/29/11

/s/Michael S. Kogan

*Attorney (if applicable)*
Michael S. Kogan
Ervin Cohen & Jessup LLP

/s/Michael A. Kahn

*Debtor*
Superior Property of 10621 Sepulveda,

*Joint Debtor*

BK-105

Superior Property of 10621 Sepulveda LLC
10621 Sepulveda Blvd.
Mission Hills, CA 91345


Superior Property of 10621 Sepulveda LLC
Michael Kahn  and Crown Realty Services
c/o Southland Realty Group
4001 MacArthur Boulevard, Suite 100
Newport Beach, California 92660


Michael S. Kogan, Esq
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Fl
Beverly Hills, CA  90212


United States Trustee
725 S. Figueroa St.
Suite 2600
Los Angeles, CA  90017

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Franchise Tax Board
Bankruptcy Unit
Po Box 2952
Sacramento, CA 95812-2952


Pacific Mercantile Bank
Newport Beach
450 Newport Center Drive, Suite 100
Newport Beach, California 92660


Debra Dietrich
Croudace & Dietrich, LLP
4750 Von Karman Avenue
Newport Beach, California 92660


Allnet Security
9836 White Oak Avenue 209
Northridge, California 91325


American Hotel Register
16458 Collections Center
Chicago, Illinois 60693


Catalyst Communications
City of Los Angeles
Transient Occupancy Tax
P.O. Box 53233
Los Angles, California 90053


HD Supply
PO Box 509058
San Diego California 92150

Hodges and Irvine
1900 Sinclair Street
St Clair, Michigan 48079


Idearc Media
PO Box 619810
DFW Airport
Texas  75261


Los Angeles County Tax
225 North hill Street, Room 122
Los Angeles, California 90012


Secion
3350 SW 148th #410
Miramar, Florida 33027


Six Flags California
PO Box 5500
Santa Clarita, California 91380

Staples
PO Box 83689
Chicago, Illinois 60696


KA Service Plus
PO BOX 16477
North Hollywood, California 91615